FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DEVERON LAMAR BATES,

    Petitioner,

v.

R.T.C. GROUNDS,

    Respondent.

Case No. CV 12-8095 SVW (AJW)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: 2/4/14

_____
Stephen V. Wilson
United States District Judge