FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEVERON LAMAR BATES, | Case No. CV 12-8095-SVW(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| R.T.C. GROUNDS, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 2/4/14

Stephen V. Wilson
United States District Judge